# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| RICHARD THEISEN and TIFFANY THEISEN,<br><br>Plaintiffs,<br><br>v.<br><br>ASHTON FAUSETT, MANDY PENOVICH, and SAVANAH LENARD,<br><br>Defendants. | ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION<br><br>Case No. 2:12cv173DAK<br><br>Judge Dale A. Kimball |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). On January 10, 2014, Magistrate Judge Warner issued a Report and Recommendation concluding that Plaintiffs' Amended Complaint should be dismissed for failure to state claims upon which relief could be granted.

The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. The court has not received an objection, and the time for filing an objection has passed.

The court has reviewed the case *de novo* and the court agrees with the Report and Recommendation in its entirety. Plaintiffs' Amended Complaint fails to meet the standards explained to Plaintiffs in the court's prior order. The court hereby adopts it as the order of the court. Accordingly, Plaintiffs' Amended Complaint is DISMISSED.

DATED this 5th day of February, 2014.

                        BY THE COURT:

                        _____
                        DALE A. KIMBALL
                        United States District Judge